IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                  Plaintiff,<br><br>vs.<br><br>MICHAEL DEMOND THOMAS,<br><br>                  Defendants. | **8:21-CR-56**<br><br>**ORDER FOR DISMISSAL** |

Pursuant to Motion of the United States, Filing 32, pursuant to Federal Rule of Criminal Procedure 48(a), leave of court is granted for the filing of the dismissal of the Indictment, Filing 1, against MICHAEL DEMOND THOMAS.

IT IS ORDERED:

1. The government's Motion to Dismiss, Filing 32, is granted; and

2. The Indictment, Filing 1, is dismissed.

Dated this 3rd day of February, 2022.

BY THE COURT:

_____
Brian C. Buescher
United States District Judge